An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BEAU E.Z. BROWN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64247

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a "motion to correct judgment/clerical error and motion to modify sentence."[1]  Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

In his motion filed on October 19, 2012, appellant claimed that his judgment of conviction failed to designate whether he was convicted of first-degree murder or second-degree murder, and thus it should be modified to reflect second-degree murder and his sentence should be reduced accordingly.  Appellant's claims fell outside the narrow scope of claims permissible in a motion to modify or correct an illegal sentence.

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

To the extent that appellant seeks to appeal the denial of his motion to correct clerical error, we lack jurisdiction because no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-15438

*See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Therefore, without considering the merits of any of the claims raised in the motion, we conclude that the district court did not err in denying the motion.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Connie J. Steinheimer, District Judge
     Beau E.Z. Brown
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

---

[2]We note that the record reflects that the jury convicted appellant of first-degree murder.